UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Case No. 06cr248(RBK)

v.

MICHAEL WILLIAMS

### DETENTION ORDER

THIS MATTER having come before the Court by way of motion of defendant Michael Williams (Lori Koch, Assistant Federal Public Defender, appearing) seeking an order for conditions of release pending a Violation of Supervised Release Hearing pursuant to Federal Rule of Criminal Procedure 32.1, and the Court having conducted a hearing on January 25, 2010 at which time the defendant consented to detention; and the Court noting that the Violation of Supervised Release Hearing is scheduled for 9:30 A.M. on February 17, 2010 before the Honorable Robert B. Kugler; and the Court having found for the reasons set forth on the record that the defendant has not met his burden of establishing that he does not pose a danger to any other person or the community, and for good cause shown,

IT IS on this 25th day of January 2010,

**ORDERED** that the motion of the defendant for conditions of release pending the Violation of Supervised Release Hearing is hereby **DENIED,** and defendant is ordered detained until further

order of the Court; and it is further

**ORDERED** that the defendant is granted leave to reopen the detention hearing should he wish to present additional evidence to support a request for bail; and it is further

**ORDERED** that the defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal;  and it is further

**ORDERED** that while in custody, the defendant be afforded a reasonable opportunity for private consultation with defense counsel; and it is further

**ORDERED** that upon order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE